UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: 2:08-cv-1262-GLL

| | |
|---|---|
| GEORGE M. SPRINGER, Plaintiff, Vs. UNITED COLLECTIONS BUREAU, INC., Defendant. | **STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the undersigned counsel for all parties hereto that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

**Respectfully Submitted:**

/s/Jeffrey L. Suher
Jeffrey L. Suher, Esquire
Pa I.D. # 74924
4328 Old William Penn Hwy., Ste. 2J
Monroeville, PA 15146
(412) 374-9005     (412) 374-0799 (fax)
lawfirm@jeffcanhelp.com
Attorney for Plaintiff

May 13, 2009

/s/Robert J. Hannen
Robert J. Hannen, Esquire
Thorp Reed & Armstrong, LLP
One Oxford Centre, 14th Floor
Pittsburgh PA 15219
(412) 394-7711     (412) 394-2555 (fax)
rhannen@thorpreed.com
Attorneys for Defendant

SO ORDERED, this 14th day of May, 2009.

_____
Hon. Gary L. Lancaster, U.S. District Judge